# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyna, Jimmie V. | U.S. Court of Appeals for the Federal Circuit | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
National Courts Building
717 Madison NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Montgomery Public Schools, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hon. William C. Conner Inn of Court | January 14, 2014 | New York, NY | Speaker | Transportation, meals, hotel |
| 2. | Utah State Bar | February 27-March 1, 2014 | Salt Lake City, UT | Speaker | Transportation, meals, hotel |
| 3. | Pepperdine School of Law | March 12-15, 2014 | Malibu, CA | Speaker | Transportation, meals, hotel |
| 4. | Hispanic National Bar Association | March 19-22, 2014 | Orlando, FL | Speaker | Transportation, meals, hotel |
| 5. | NY Intellectual Property Lawyers Association | March 2-29, 2014 | New York, NY | Activity of professional legal organization | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | Colorado State Bar | May 28-30, 2014 | Denver, CO | Speaker | Transportation, meals, hotel |
| 7. | Federal Circuit Bar Association | June 18-22, 2014 | Ashville, NC | Speaker | Transportation, meals, hotel |
| 8. | China Intellectual Property Association | June 26-July 2, 2014 | Shangai, China | Speaker | Transportation, meals, hotel |
| 9. | Cincinnati Intellectual Property Association | October 14-15, 2014 | Cincinnati, OH | Speaker | Transportation, meals, hotel |
| 10. | Federal Circuit Bar Association | October 12-22, 2014 | Geneva, Switzerland | Speaker | Transportation, meals, hotel |
| 11. | Intellectual Property Lawyers Association of Chicago | Novermber 14-15, 2014 | Chicago, IL | Speaker | Transportation, meals, hotel |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Mortgage in rental property, Montgomery County (MD (See Pt. VIII, line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Montgomery County, MD | D | Rent | M | W | | | | | |
| 2. PNC Bank, account | A | Interest | L | T | | | | | |
| 3. Education Systems Federal Credit Union, account | A | Interest | K | T | | | | | |
| 4. Northwestern Life, Variable Policy #1 | | | | | | | | | |
| 5. Select Bond | A | Int./Div. | K | T | | | | | |
| 6. Money Market | A | Interest | J | T | | | | | |
| 7. Index 400 Stock | A | Int./Div. | J | T | | | | | |
| 8. Small Cap Growth Stock | A | Int./Div. | J | T | | | | | |
| 9. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 10. Small Cap Value | A | Int./Div. | K | T | | | | | |
| 11. Northwestern Life, Variable Policy #2 | | | | | | | | | |
| 12. Select Bond | A | Int./Div. | J | T | | | | | |
| 13. Money Market | A | Interest | J | T | | | | | |
| 14. Index 400 Stock | A | Int./Div. | J | T | | | | | |
| 15. Small Cap Growth Stock | A | Int./Div. | J | T | | | | | |
| 16. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 17. Small Cap Value | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York Life, Variable Policy | | | | | | | | | |
| 19. International Equity | A | Int./Div. | J | T | | | | | |
| 20. UIF Eme Equity | A | Int./Div. | J | T | | | | | |
| 21. TRP Eq Inc | A | Int./Div. | J | T | | | | | |
| 22. VE GLBL HA | A | Int./Div. | J | T | | | | | |
| 23. Cmmn Stock | A | Int./Div. | J | T | | | | | |
| 24. Worldwide | A | Int./Div. | J | T | | | | | |
| 25. Contrafund | A | Int./Div. | J | T | | | | | |
| 26. Northwestern Life, IRA | | | | | | | | | |
| 27. Index Stock 500 (MSA) | A | Int./Div. | K | T | Distributed (part) | 04/10/14 | K | | |
| 28. Index 400 Stock (MSA) | A | Int./Div. | K | T | Distributed (part) | 04/10/14 | K | | |
| 29. Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | K | T | Distributed (part) | 04/10/14 | K | | |
| 30. International Equity (MSA/FRanklin TMPL) | A | Int./Div. | K | T | Distributed (part) | 04/10/14 | K | | |
| 31. Select Bond (MSA) | A | Int./Div. | L | T | Distributed (part) | 04/10/14 | L | | |
| 32. Russel Global Real Estate Securities | A | Int./Div. | K | T | Distributed (part) | 04/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jimmie V. Reyna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544